UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------- x
:
RAFIK TADROS, Individually and On Behalf of   :
All Others Similarly Situated,
:
                              Plaintiff,   :
:
     -against-                             :      Case No. 2:21-cv-01797
:
:
KADMON HOLDINGS, INC., HARLAN W.           :
WAKSAL, and STEVEN MEEHAN,
:
                              Defendants.   :
:
------------------------------------------- x

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND
TO COMPLAINT AND ESTABLISHING BRIEFING SCHEDULE**

Subject to the approval of the Court, plaintiff Rafik Tadros and defendants Kadmon

Holdings, Inc., Harlan W. Waksal, M.D., and Steven Meehan respectfully submit this stipulation

and proposed order to extend defendants' time to respond to the complaint in this action and to

establish a briefing schedule with respect to any motion that defendants might file in response to

the complaint in lieu of an answer.

WHEREAS:

A.      Plaintiff filed its complaint in this putative class action on April 2, 2021. Because

the complaint asserts claims arising under the federal securities laws, the action is subject to the

procedural requirements of the Private Securities Litigation Reform Act of 1995 (the "PSLRA").

*See* 15 U.S.C. § 78u-4.

B.      Defendants' counsel executed and returned service waivers under Rule 4(d) of the Federal Rules of Civil Procedure, as the result of which the time for all defendants to move, answer, or otherwise respond to the complaint has been extended through and including June 5, 2021.

C.      Under the PSLRA, motions to be appointed lead plaintiff and for approval of the lead plaintiff's selection of lead counsel presently are due to be filed on or before June 2, 2021. *See* 15 U.S.C. § 78u-4(a)(3).  If more than one competing application is filed, briefing likely will be required to address those applications.  In actions subject to the PSLRA, the court-appointed lead plaintiff(s) usually file an amended complaint following its appointment.

D.      The parties agree that, in the interest of judicial economy, no response to the complaint should be due until after the Court appoints lead plaintiff(s) and the Court-appointed lead plaintiff(s) have had the opportunity to prepare and file an amended complaint or to designate the existing complaint to be the operative pleading.

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE, subject to the approval of the Court, as follows:

1.      No later than sixty (60) days after entry of an order appointing lead plaintiff(s) under the PSLRA, the lead plaintiff(s) shall either (x) designate the initial complaint to be the operative complaint or (y) file an amended complaint.

2.      Defendants' time to move, answer, or otherwise respond to the complaint shall be extended through and including the date that is sixty (60) days after lead plaintiff(s) file(s) either (i) a notice designating the complaint to be the operative complaint or (ii) an amended complaint.

3.      To the extent defendants' response takes the form of a motion, lead plaintiff(s)' opposition papers shall be filed no later than forty-five (45) days after defendants serve their

2

motion and defendants' reply brief(s) shall be filed no later than thirty (30) days after lead plaintiff(s) serve their opposition papers.

Dated: New York, New York
      May 5, 2021

POMERANTZ LLP

Of Counsel:

Peretz Bronstein
BRONSTEIN, GEWIRTZ &
  GROSSMAN, LLC
60 East 42nd Street, Suite 4600
New York, New York 10165
 (212) 697-6484

By: /s/ J. Alexander Hood II
     J. Alexander Hood II
     ahood@pomlaw.com

Jeremy A. Lieberman
Thomas H. Przybylowski
600 Third Avenue
New York, New York 10016
(212) 661-1100

Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
(312) 377-1181
pdahlstrom@pomlaw.com

*Attorneys for Plaintiff*
 *Rafik Tadros*

DLA PIPER LLP (US)

Of Counsel:

Ronald N. Brown, III
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
(302) 468-5700

By: _____

   John J. Clarke, Jr.
   john.clarke@us.dlapiper.com
   Steven M. Rosato
   steven.rosato@us.dlapiper.com

1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500

*Attorneys for Defendants*
 *Kadmon Holdings, Inc.,*
 *Harlan W. Waksal, M.D., and*
 *Steven Meehan*

SO ORDERED:

/s/ AK Tomlinson    5/6/2021
U.S.D.J.    U.S.M.J

4