UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAFIK TADROS,<br><br>      Plaintiff<br><br>v.<br><br>KADMON HOLDINGS, INC., et al.,<br><br>      Defendants | Case No. 2:21-cv-01797-PKC-MMH |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)**

Lead Plaintiff Rafik Tadros ("Tadros" or "Plaintiff"), through his undersigned counsel of record, states as follows:

WHEREAS, Tadros filed the initial complaint in this action on April 2, 2021 against Kadmon Holdings, Inc. ("Kadmon"), and certain of its officers and directors;

WHEREAS, on July 1, 2021, the Court entered an order appointing Tadros lead plaintiff;

WHEREAS, Tadros is scheduled to file an amended complaint on or before September 16, 2021, with Defendants' answers or responsive motions due thereafter (ECF No. 22);

WHEREAS, Plaintiff has not yet amended his complaint, and no Defendant has answered any complaint in this Action or moved for summary judgment;

WHEREAS, under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff is entitled to dismiss the Action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment…"; and

WHEREAS, no class has been certified and no motion for class certification has been filed, and the voluntary dismissal of Plaintiff's claims against Defendants will not bind absent class members;

THEREFORE, Plaintiff, through his undersigned counsel, hereby dismisses the Action without prejudice, with all parties to bear their own costs and fees.

Dated: July 22, 2021

          POMERANTZ LLP

          /s/ Joshua B. Silverman\_\_\_
          Joshua B. Silverman
          10 South LaSalle, Suite 3505
          Chicago, IL 60603
          Tel: (312) 881-4847
          Email: jbsilverman@pomlaw.com

          Jeremy A. Lieberman
          J. Alexander Hood II
          James M. LoPiano
          600 Third Avenue
          New York, New York 10016
          Telephone: (212) 661-1100
          Facsimile: (212) 661-8665
          jalieberman@pomlaw.com
          ahood@pomlaw.com
          jlopiano@pomlaw.com

          *Counsel for Rafik Tadros*

          BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
          Peretz Bronstein
          60 East 42nd Street, Suite 4600
          New York, New York 10165
          Telephone: (212) 697-6484
          Facsimile: (212) 697-7296
          peretz@bgandg.com
          *Additional Counsel for Rafik Tadros*

**CERTIFICATE OF SERVICE**

      I, Joshua B. Silverman, an attorney, do certify that on this date, July 22, 2021, I caused the foregoing **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)** to all counsel of record via ECF.

                                                 /s/ Joshua B. Silverman
                                               Joshua B. Silverman